

| | | |
|---|---|---|
| Steven W. Gold | Heath Loring | **Senior Counsel** |
| Steven G. Mintz* | Peter Guirguis | Jack A. Horn |
| Jeffrey D. Pollack* | Andrew R. Gottesman | Noreen E. Cosgrove |
| Elliot G. Sagor | Matthew S. Seminara | Timothy J. Quill, Jr. |
| Ira Lee Sorkin | Julia B. Milne | |
| Lon Jacobs | Ryan W. Lawler* | **Of Counsel** |
| Steven A. Samide | Andrew A. Smith | Honorable Vito J. Titone (*dec.*) |
| Scott A. Klein | Amit Sondhi | NY State Court of Appeals 1985–1998 |
| Terence W. McCormick*** | Brett Joshpe | Harvey J. Horowitz (*dec.*) |
| Robert B. Lachenauer | Michael Mooney | Honorable Howard Miller |
| Roger L. Stavis | Adam K. Brody | NY Appellate Div. 1999–2010 [ret.] |
| Charles A. Ross** | Andrew E. Steckler | Alan Katz |
| Richard M. Breslow | Alex J. Otchy* | Eric M. Kutner |
| Barry M. Kazan* | Philip Tafet | Andrew P. Napolitano° |
| Craig D. Spector* | Carli M. Aberle | Brian T. Sampson |
| Kevin M. Brown | Zachary J. Turquand | Erica Nazarian |
| Alexander H. Gardner | Sitie "Esther" Tang | Tara Shamroth |
| | | Jared Van Vleet |

*Also admitted in New Jersey
**Also admitted in Florida
***Also admitted in California

°Admitted to practice only before all courts in New Jersey and all Federal Courts in New York City

June 30, 2023

**Via email:**

Magistrate Judge Hon. Sarah L. Cave
United States Courthouse for the Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:     23-cr-00313-ALC – United States v. Jordan Meadow

Dear Magistrate Judge Cave,

      As your honor knows, this firm represents Mr. Jordan Meadow in the above referenced matter, and Mr. Meadow was arraigned before Your Honor yesterday June 29th, 2023 and was released on bail. We are hereby respectfully requesting a modification to Mr. Meadow's bail conditions to allow him to attend an interview in Las Vegas, Nevada on Wednesday, July 5, 2023 and return to New Jersey immediately after.

      Mr. Meadow's bail conditions currently allow for travel in the Southern and Eastern Districts of New York, and New Jersey, and there is also a one-time exception that he is able to travel in the District of Nevada to assist his Fiancé with travelling back to New Jersey with their two young children. Mr. Meadow has been in communication with a prospective employer in Las Vegas where he has an opportunity to work as a salesman at a company called Nvision which does audio/visual set ups for conferences around the country. Mr. Meadow has advised us at the request of the government that his employment will be remote with perhaps occasional trips to headquarters in Las Vegas.



June 30, 2023
Page 2

The government has requested that Mr. Meadow ask the potential employer whether the interview can be conducted on Zoom. Mr. Meadow has advised us that he has inquired with his prospective employer accordingly, and they responded stating that the interview would include a tour of the facilities at the office and an introduction to other employees working at Nvision in person. Please see the attached email from the prospective employer.

We been in touch with Assistant US Attorney Nicholas Folly throughout today, and have continuously advised him of the details of this request. The government has advised us that we should request permission for the bail modification from Mr. Meadow's pre-trial services officer. We have been attempting to get in touch with Mr. Meadow's pre-trial services officer, named Taylor Nisbeth, but she has left the office ahead of the holiday weekend. We then contacted the pre-trial services supervising officer Leah Harmon who has advised us that the permission of pre-trial services is not necessary for this request.

Lastly, Mr. Meadow is currently on his way to Las Vegas to assist his fiancé with travelling back to New Jersey with their two young children and pursuant to his bail conditions, he has booked a flight to return to New Jersey tomorrow afternoon. We hereby respectfully request that your honor grant the modification to Mr. Meadow's bail conditions so that he may return on Wednesday, July 5th 2023 rather than tomorrow, July 1st 2023.

Application GRANTED. Mr. Meadow may remain in Las Vegas until July 5, 2023, returning to the NY area on that date. Each day, at a time determined by his PTS, he shall contact his PTS officer by telephone and confirm his location and compliance with the other bail conditions, which the Court previously set and remain in effect.

Respectfully Submitted,

/s/ Ira Lee Sorkin
Ira Lee Sorkin, Esq.

Mr. Meadow shall also provide his flight itinerary to his PTS officer ASAP and contact his PTS officer promptly on returning to his residence.
SO ORDERED.

_____
USMJ 6/30/2023

Cc:

Assistant US Attorney Nicholas Folly

Nicholas.folly@usdoj.gov