UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-6-23

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,           :
                                    :
                     Plaintiff,     :
                                    :          23 CR 313 (ALC)
          -against-                 :
                                    :          **ORDER**
JORDAN MEADOW,                      :
                                    :
                     Defendant.     :
                                    :
                                    :
------------------------------------------------------------------ x

ANDREW L. CARTER, JR., District Judge:

A Status Conference is set for **July 11, 2023** at **3:30 p.m.**

**SO ORDERED.**

Dated:      New York, New York
            July 6, 2023

_____
ANDREW L. CARTER, JR.
United States District Judge