USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-12-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

               -against-

Jordan Meadow,

               Defendants,
-----------------------------------------------------------X

23 Cr. 313 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

      At the July 11, 2023 status conference, the parties requested an exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 until October 17, 2023 to allow the Defendant to review the voluminous discovery, contemplate the filing of motions and, better prepare for trial.

      The Court finds that the interests of justice are served by such an exclusion to allow the Defendant to review the voluminous discovery, contemplate the filing of motions and, better prepare for trial and, that those interests outweigh the interests of the defendant and the public in a speedy trial.

      Accordingly, it is ORDERED: the time from July 11, 2023 through October 17, 2023 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
       July 11, 2023

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE