**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 28, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/29/23
```

**BY ECF**

The Honorable Andrew L. Carter
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Jordan Meadow*, 23 Cr. 313 (ALC)

Dear Judge Carter:

The Government submits this letter on behalf of the parties to jointly request an adjournment of the status conference in this case, presently scheduled for October 17, 2023, for a period of four weeks. The reason for the adjournment request is that on or about July 25, 2023, the defendant's prior counsel informed the Government that it was withdrawing from representing Meadow due to an irreconcilable conflict of interest. For a period of four weeks, Meadow was in the process of securing new counsel, which he did on or about August 25, 2023. Considering the foregoing, the requested adjournment is necessary so that the Government can produce discovery to Meadow's replacement counsel, and so that Meadow's replacement counsel has sufficient time to review that discovery and evaluate any appropriate motions in this case.

The parties therefore request an adjournment of four weeks, to November 14, 2023, or a date around that time that is convenient for the Court. The Government also moves for the exclusion of time under the Speedy Trial Act for the reasons stated herein. Defense counsel consents to the exclusion of time through the new date that the Court sets for the pretrial conference.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   s/ _____
Nicholas Folly
Assistant United States Attorney
Tel.: (212) 637-1060

The application is **GRANTED**. The status conference is adjourned to 11/14/23 at 3:30 p.m. Time excluded from 10/17/23 to 11/14/23 in the interest of justice.
So Ordered.   *[signature]* 8/29/23