

1140 Avenue of the Americas, 17th Fl
New York, NY 10036

(212) 301-7632
tai@taiparklaw.com

September 26, 2023

**VIA ECF AND EMAIL**

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

      Re:    <u>*United States v. Jordan Meadow*</u><u>, No. 23 Cr. 313 (ALC)</u>

Dear Judge Carter:

      On behalf of defendant Jordan Meadow in the above-referenced case, we write to ask whether the Court requires further information to rule on Mr. Meadow's letter application for modification of bail, dated September 18, 2023, and reproduced below. As noted, the government has no objection to the application, and we will provide any documentation necessary to aid in evaluation of this request. We appreciate the Court's consideration.

Respectfully submitted,

Tai H. Park
Counsel for Jordan Meadow

Cc: All counsel of record



1140 Avenue of the Americas, 17th Fl
New York, NY 10036

(212) 301-7632
tai@taiparklaw.com

September 18, 2023

**VIA ECF**

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

  Re: <u>United States v. Jordan Meadow</u>, No. 23 Cr. 313 (ALC)

Dear Judge Carter:

  On behalf of defendant Jordan Meadow in the above-referenced case, I write to request that the Court modify the travel restrictions imposed on Mr. Meadow as a condition of his bail in the manner described below. The Government does not have an objection to this application.

  In the wake of his arrest on the pending charges, Mr. Meadow was terminated from his prior employment as a securities broker. Recently, he was able to secure employment at a company called NVision 360 Productions as a sales account manager. The company is not involved in securities transactions. Instead, it arranges for technology support at events such as conferences. Mr. Meadow's work will require frequent travel to event venues as well as to meet with current and potential customers located in different parts of the country.

  Given the above, we respectfully request that Mr. Meadow's bail conditions be modified to allow him to travel for business anywhere in the continental United States for business purposes on the condition that he first provide his Pretrial Services Officer and the United States Attorney's Office three days' prior notice of the contemplated travel. Because these trips are likely to be frequent over the next year, it would be convenient for the attorneys, Pretrial Services, and the Court if Mr. Meadow could simply give three days' notice of the travel and its purpose to the government, without making an application to the Court for each trip.

1

The government has no objection to this application.

Respectfully submitted,

Tai H. Park
Counsel for Jordan Meadow

Cc: All counsel of record

2