

1140 Avenue of the Americas, 17th Fl
New York, NY 10036

(212) 301-7632
tai@taiparklaw.com

November 17, 2023

<u>Via ECF</u>

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re: *United States v. Jordan Meadow*, No. 23 Cr. 313 (ALC)

Dear Judge Carter:

On behalf of defendant Jordan Meadow in the above-referenced case, I write to respectfully ask the Court's permission for Mr. Meadow to visit his parents on Thanksgiving Day, November 23. Mr. Meadow's parents each live in Ulster County, just north of the Southern District of New York. He would be away only on Thanksgiving Day itself, returning in the evening. We have consulted with the Government and the Pretrial Services Office, and they have no objection to this request.

Respectfully submitted,

Tai H. Park
Counsel for Jordan Meadow


Cc: All counsel of record