USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/7/23__

# TAI PARK
PLLC

1140 Avenue of the Americas, 17th Fl
New York, NY 10036

(212) 301-7632
tai@taiparklaw.com

December 6, 2023

**Via ECF**

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re:    *United States v. Jordan Meadow*, No. 23 Cr. 313 (ALC)

Dear Judge Carter:

On behalf of defendant Jordan Meadow in the above-referenced case, we respectfully request that the Court modify Mr. Meadow's bail conditions to permit him to visit his father in Ulster County, New York, on an ongoing basis. Unfortunately, Mr. Meadow's father has entered the later stages of treatment for an aggressive illness, and Mr. Meadow requests liberty to visit him on a regular basis to assist him when necessary and provide physical and emotional support. We have consulted with Pretrial Services and the Government, and they have no objection to this request for bail modification.

The application is **GRANTED**.
So Ordered.

Respectfully submitted,

Tai H. Park
Counsel for Jordan Meadow

Cc: All counsel of record

12/7/23