| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | USDC SDNY |
| **SOUTHERN DISTRICT OF NEW YORK** | DOCUMENT |
| ------------------------------------------------------------x | ELECTRONICALLY FILED |
| | DOC#: _____ |
| **UNITED STATES OF AMERICA,** | DATE FILED: __May 29, 2024__ |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
       **UNITED STATES OF AMERICA,**

                -against-                     1:23-cr-00313 (ALC)

       **JORDAN MEADOW,**                  **ORDER**

                          **Defendant.**
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      Given that the parties are engaged in plea negotiations, the jury selection and trial previously scheduled for July 23, 2024 at 10:00 a.m. in Courtroom 1306 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York is ADJOURNED. The parties are directed to file a joint status report on or before June 28, 2024.

**SO ORDERED.**

**Dated:  May 29, 2024**
         **New York, New York**                    **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**