USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-5-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

- v. -

JORDAN MEADOW,

                       Defendant.

------------------------------------------------------------------ x

23-CR-00313 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Pre-Trial Status Conference set for July 16, 2024, is CANCELED.

**SO ORDERED.**

Dated:    New York, New York
            June 5, 2024

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**