```
                                                    USDC SDNY
                                                    DOCUMENT
UNITED STATES DISTRICT COURT                        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                       DOC#: _____
-------------------------------------------------------------- x   DATE FILED: 6-5-24
UNITED STATES OF AMERICA,                       :
                                                :
                                                :
                                                :   23-CR-313 (ALC)
          - v. -                                :
                                                :   ORDER
JORDAN MEADOW,                                  :
                                                :
                      Defendant.                :
                                                :
                                                :
-------------------------------------------------------------- x
```

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Status Conference is set for **June 7. 2024,** at **1:00 p.m.**

All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

Members of the public and press may attend the telephonic conference by dialing the same number.

**SO ORDERED.**

Dated:   New York, New York
         June 5, 2024

                                     _____
                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**