**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

                      **Plaintiff,**

    -against-

**JORDAN MEADOW,**

                      **Defendant.**

------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/24/25

**23-CR-313 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Status Conference is scheduled for to **May 8, 2025,** at **2:00 p.m.**

**SO ORDERED.**

**Dated:**      **New York, New York**
              **April 24, 2025**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**