UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JORDAN MEADOW,<br><br>                         Defendant. | **WAIVER OF INDICTMENT**<br><br>23 Cr. 313 (ALC) |

The above-named defendant, who is accused of violating Title 15, United States Code, Sections 78j(b) and 78ff, Title 17, Code of Federal Regulations, Sections 240.10b-5, 240.10b5-1, and 240.10b5-2, and Title 18, United States Code, Sections 2, 371, and 1348, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Jordan Meadow
Defendant

_____
Tara D. Hunter-Hicks
Witness

_____
Tai Park, Esq.
Attorney for Defendant

Dated: New York, New York
       May 8, 2025