```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-6-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                - v. -

Jordan Meadow,

                            Defendant.

------------------------------------------------------------------- x

23-CR-313 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Change of Plea Hearing is set for **November 14, 2025**, at **2:30 p.m.**

SO ORDERED.

Dated:    New York, New York
             November 6, 2025

                                                    **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**