|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 11-10-25 |

UNITED STATES OF AMERICA,

        - v. -                         23-CR-313 (ALC)

                                  **ORDER**

Jordan Meadow,

                  Defendant.

**ANDREW L. CARTER, JR., District Judge:**

Due to a conflict on the Court's calendar, the Change of Plea Hearing scheduled for November 14, 2025, at 2:30 p.m. is rescheduled for **November 12, 2025, at 10:00 a.m.**

SO ORDERED.

Dated:    New York, New York
            November 10, 2025

                                             _____
                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**