USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 12-2-25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

**UNITED STATES OF AMERICA,**
                        :
                        :
                        :
        - v. -              :        **23-CR-00313 (ALC)**
                        :
                        :        **ORDER**
**JORDAN MEADOW,**       :
                        :
            **Defendant.**   :
                        :

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

The Status Conference scheduled for December 9, 2025, is CANCELED.


**SO ORDERED.**


**Dated:**      **New York, New York**
            **December 2, 2025**

                                   _____
                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**